715 A.2d 428

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Peter CHIAPPINI, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 14, 1998.

*ORDER*

PER CURIAM

AND NOW, this 14th day of August 1998, the Petition for Allowance of Appeal is GRANTED limited to:

1) Whether the trial court erred in admitting the testimony of Denise Chiappini, who was Petitioner's wife at the time of events to which she testified.

2) Whether Petitioner should have received credit towards his sentence for the 518 days that he served in an

electronic monitoring/home confinement program, which was a mandatory condition of his bail.